IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SUSAN R. DAY,
    Plaintiff,

vs.                                        Case No.:  3:04cv340/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

       This action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability benefits (Doc. 1).  Pending is Defendant's Motion to Reverse and Remand pursuant to sentence four of Title 42 U.S.C. § 405(g) (Doc. 11).  Defendant has certified that Plaintiff has no objection to this motion.

       Sentence four of section 405(g) states that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."  42 U.S.C. § 405(g).  The Commissioner states that remand is appropriate to enable the Administrative Law Judge to "reconsider the opinion of Mary Beckett, M.D." and "reassess Plaintiff's subjective complaints . . . and assess the effect, if any, of medication side effects on Plaintiff's residual functional capacity" (Doc. 11, Memorandum in Support at 1-2).  Good cause has been shown for remand.

       Accordingly, it is respectfully **RECOMMENDED**:

       1.  That Defendant's Motion to Reverse and Remand (Doc. 11) be **GRANTED** and the Commissioner's decision denying benefits be **REVERSED**.

       2.  That this case be **REMANDED** to the Commissioner of Social Security pursuant to

sentence four of 42 U.S.C. § 405(g).

      3.  That Defendant be ordered to direct the Administrative Law Judge to reconsider the opinion of Mary Beckett, M.D., reassess Plaintiff's subjective complaints, and assess the effect, if any, of medication side effects on Plaintiff's residual functional capacity

      At Pensacola, Florida, this 6th day of May, 2005.

      /s/ *Elizabeth M. Timothy*
      **ELIZABETH M. TIMOTHY**
      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**