IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SUSAN R. DAY,
    Plaintiff,

vs.                              Case No.:  3:04cv340/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.

_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 6, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Defendant's Motion to Reverse and Remand (Doc. 11) is **GRANTED** and the Commissioner's decision denying benefits is **REVERSED**.

    3. This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

     4.  Defendant is ordered to direct the Administrative Law Judge to reconsider the opinion of Mary Beckett, M.D., reassess Plaintiff's subjective complaints, and assess the effect, if any, of medication side effects on Plaintiff's residual functional capacity.

     **DONE AND ORDERED** this 7th day of June, 2005.


                                 _s/ M. Casey Rodgers_
                                    **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**