# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

SUSAN R. DAY,
    Plaintiff,

vs.                          Case No.: 3:04cv340/MCR/EMT

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 30, 2005. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's Motion For Attorney Fees And Costs (Doc. 15) is granted as follows:

Plaintiff's counsel, Daniel M. Soloway, Esquire, is entitled to recover fees and expenses in the amount of $3,451.00 for representing Plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); the amount of attorney fees and hourly rate requested under the EAJA is reasonable; and the Commissioner is directed to pay counsel that amount. Costs in the amount of $150.00 are also awarded, to be paid from the Judgment Fund of the United States Treasury.

    **DONE AND ORDERED** this 4th day of August, 2005.

                              _s/ M. Casey Rodgers_
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**